# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dennis Starkey, Jacquelyn Starkey, A.S., a minor and M.S., a minor,<br>          Plaintiffs<br><br>          v.<br><br>York County, M. Steve Chronister, Christopher B. Reilly, Doug Hoke, York County Office of Children, Youth and Families, Deb Chronister, Joan Hedgcock and Katie Gladfelter-Watts,<br>          Defendants | CIVIL ACTION - LAW<br><br>NO: 1:11-cv-00981<br><br>(Honorable John E. Jones, III)<br><br>JURY TRIAL DEMANDED<br><br>(ELECTRONICALLY FILED) |

## ORDER

AND NOW, this _1st_ day of _October_, 2013, upon review of Plaintiffs' Petition to Approve Compromise and Settlement of Minors' Claim, IT IS HEREBY ORDERED that the Motion is granted.

BY THE COURT

_____ J.